AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Rivka Berkowitz and Mendel Berkowitz | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-3780 |
| Asset Acceptance, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Asset Acceptance, LLC

Date:    10/22/2012

s/Jill M. Wheaton
*Attorney's signature*

Jill M. Wheaton (JW8944)
*Printed name and bar number*

Dykema Gossett PLLC
2723 S. State St., Ste. 400
Ann Arbor, MI  48104

*Address*

jwheaton@dykema.com
*E-mail address*

(734) 214-7629
*Telephone number*

(734) 214-7696
*FAX number*